■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DWAYNE MAHONEY, Appellant. [976 NYS2d 881]—Judgment, Supreme Court, New York County (Daniel P. Conviser, J.), rendered June 7, 2011, convicting defendant, after a jury trial, of one count of grand larceny in the fourth degree, and sentencing him, as a second felony offender, to a term of 2 to 4 years, unanimously affirmed.

The verdict was not against the weight of the evidence (see

*People v Danielson,* 9 NY3d 342, 348-349 [2007]). There is no basis for disturbing the jury's credibility determinations, including its evaluation of inconsistencies in testimony. Concur—Mazzarelli, J.P., Andrias, DeGrasse, Freedman and Gische, JJ.